FOLKMAN LAW OFFICES, P.C.
By:   Paul C. Jensen, Jr., Esquire
      I.D. No.: 029882011
1949 Berlin Road, Suite 100
Cherry Hill, New Jersey 08003
(856) 354-9444
(856) 354-9776 (fax)
pauljensen@folkmanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC, et al.,<br><br>Defendants. | Civil Action No.:<br>1:16-cv-07897-JBS-KMW<br><br><br><br><br><br>**ENTRY OF APPEARANCE OF COUNSEL** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned matter as counsel for Defendant, American Neighborhood Mortgage Acceptance Company, LLC d/b/a AnnieMac Home Mortgage.

FOLKMAN LAW OFFICES, P.C.

By:   */s/ Paul C. Jensen, Jr.*
      PAUL C. JENSEN, JR.

Dated: November 1, 2016